AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Quatandreyah Thompson,  )
*Plaintiff*  )
)
v.  )   Civil Action No.   6:16-cv-03169-MGL
The Lasik Vision Institute,  )

*Defendant,*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the plaintiff's complaint is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   February 7, 2017                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/Ashley Buckingham
                                                                                  *Signature of Clerk or Deputy Clerk*